IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 11 C 6881 |
| | ) | |
| CURTIS L. WALKER, individually and d/b/a EXPRESS CONTRACTING, | ) | JUDGE JOAN B. GOTTSCHALL |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CURTIS L. WALKER, individually and d/b/a EXPRESS CONTRACTING, in the total amount of $28,759.28, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,558.26.

On October 6, 2011, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to him personally (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 27, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of January 2012:

      Mr. Curtis L. Walker
      Express Contracting
      928 - 37th Avenue
      Rock Island, IL   61201

      /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Express\motion.cmc.df.wpd